IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Susan Woodard, | ) | C/A No.: 0:12-446-CMC-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Levert Lane, Aldi Incorporation, and Brian Hammond | ) ) ) ) | |
| Defendant. | ) ) ) | |

This matter comes before the court on Defendant Aldi's motion to substitute counsel [Entry #58]. Prior to ruling on the pending motion, the court requires Aldi's intended substitute counsel to file a statement adopting the pro hac vice motions previously submitted and acknowledging the obligations of local counsel in compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06.

IT IS SO ORDERED.

*Shiva V. Hodges*

June 25, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge