IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Susan Woodard, | ) | C/A No.: 0:12-446-CMC-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Levert Lane, Aldi Incorporation, and Brian Hammond | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant Aldi's motion to substitute counsel [Entry #58]. Prior to ruling on the pending motion, the court requires Aldi's intended substitute counsel to file a statement adopting the pro hac vice motions previously submitted and acknowledging the obligations of local counsel in compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06.

IT IS SO ORDERED.

June 25, 2012  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge