IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Susan Woodward, | ) | C/A No.: 0:12-446-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Aldi Incorporation, Levert Lane, and Brian Hammond, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter comes before the court on the motion [Entry #58] of Aldi Inc. ("Aldi") to relieve and remove as counsel of record Leslie A. Cotter, Jr., Jocelyn T. Newman, and Richardson Plowden & Robinson, P.A. and substitute L. Dwight Floyd of Parker Poe Adams & Bernstein LLP as counsel of record for Defendant Aldi.

The court hereby grants the motion for substitution and orders that L. Dwight Floyd of Parker Poe Adams & Bernstein LLP be substituted as counsel of record for Aldi. Leslie A. Cotter, Jr., Jocelyn T. Newman, and Richardson Plowden & Robinson, P.A. are hereby relieved as counsel for Aldi.

IT IS SO ORDERED.

June 26, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge