IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Susan Woodard, | ) | C/A No.: 0:12-446-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Aldi Incorporation, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff filed this action on February 16, 2012. [Entry #1]. Pursuant to the amended scheduling order entered on December 11, 2012, dispositive motions were to be filed by no later than March 15, 2013. [Entry #103]. That deadline has now expired.

Because the dispositive motions deadline in this case has passed and no motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

April 3, 2013                                              Shiva V. Hodges
Columbia, South Carolina                      United States Magistrate Judge